■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXIS PADILLA, Also Known as ROBERTO GARCIA, Also Known as JOSE RIBIRA, Appellant. [982 NYS2d 889]—Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered May

24, 2012, resentencing defendant, as a second felony offender, to consecutive terms of 10 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). Concur—Mazzarelli, J.P., Andrias, DeGrasse, Feinman and Kapnick, JJ.